**Electronically Filed
Supreme Court
SCWC-14-0000987
21-DEC-2017
12:07 PM**

SCWC-14-0000987

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DAVID T. FLEMING,
Petitioner/Defendant-Appellant.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000987; CRIMINAL NO. 06-1-0570(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant David T. Fleming's application for writ of certiorari filed on November 6, 2017, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

